

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA16-0451M |
| GLENN DESHAWNE BROWN  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _____, IT IS ORDERED that a detention hearing is set for ____Friday____, _Sept 29, 2016_, at ___2:00___ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_, in Courtroom ___6A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _September 29, 2016_            _____
                                      U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                    Page 1 of 1